UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE C. on behalf of JL, a minor,<br><br>  Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>  Defendant. | Case No.:  24-cv-1032-KSC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 6]** |

Plaintiff filed an Application to Proceed in forma pauperis. Doc. No. 6. A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a).  The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).  A party need not be completely destitute to proceed in forma pauperis. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948).  An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.*  (internal quotations omitted).

1 | Here, plaintiff's application is supported by a declaration that plaintiff's monthly expenses significantly exceed any income available to pay those expenses. The Court finds paying the filing fee would impose a hardship on plaintiff. IT IS HEREBY ORDERED THAT plaintiff's Application is GRANTED.

Dated:  June 25, 2024

Hon. Karen S. Crawford
United States Magistrate Judge