UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE C., on behalf of JL, a minor<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security[1]<br><br>　　　　　　　　　　　　Defendant. | Case No.:  3:24-cv-1032-RBM-KSC<br><br>**ORDER:**<br>　(1) **ADOPTING REPORT AND RECOMMENDATION**<br>　(2) **VACATING COMMISSIONER'S DECISION; and**<br>　(3) **REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS**<br><br>[Docs. 12–13] |

　　　　Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Karen S. Crawford, filed on June 10, 2025 (Doc. 27), on the parties' briefing (Docs. 21, 25–26).  The R&R recommends the Court vacate the final decision of the Commissioner and remand for further proceedings.  (Doc. 27.)  The deadline for filing objections to the

---

[1] Frank Bisignano is now the Commissioner of the Social Security Administration and is automatically substituted as a party pursuant to Federal Rule of Civil Procedure 25(d).

R&R was no later than June 24, 2025.  28 U.S.C. § 636(b) (objections due 14 days after recommendation issued); Fed. R. Civ. P. 72(b) (objections to findings and recommendations on dispositive motions due within 10 days).  No objections have been filed.

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district court's duties in connection with a magistrate judge's report and recommendation.  The district court "must determine de novo any part of the magistrate judge's disposition that has been properly objected to" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989).  However, in the absence of timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72 advisory committee's note (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.") (emphasis in original).

Here, neither party has filed objections to Magistrate Judge Crawford's R&R.  Having reviewed the R&R, the Court finds that it is thorough, well-reasoned, and contains no clear error.  Accordingly, the Court hereby: (1) **ADOPTS** Magistrate Judge Crawford's R&R (Doc. 27); (2) **VACATES** the Commissioner's decision; and (3) **REMANDS** this matter with instructions to reevaluate the evidence of record.  The Clerk shall enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.**

Dated:  July 14, 2025

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE